UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RICARDO BRENES
            Plaintiffs,

- against -

JOANNE FRANK, Principal, Norman Thomas
High School, Individually and in her Official Capacity;
RUDOLPH F. CREW, Individually and in his former
Official Capacity as Chancellor; GRANGER WARD,
Individually and n his former Official Capacity as
Manhattan Superintendent; the NEW YORK CITY
DEPARTMENT OF EDUCATION; THE BOARD
OF EDUCATION OF THE CITY OF NEW YORK
and the CITY OF NEW YORK
           Defendants
----------------------------------------------------------------- x

CV-01-3943 (TLM)(LB)

**STIPULATION AND ORDER**
**REGARDING CHANGE TO**
**BRIEFING SCHEDULE**

    **WHEREAS**, the parties have fully completed all fact discovery by the December 18, 2009 deadline;

    **WHEREAS**, plaintiff deposed a total of eleven (11) party and non-party witnesses, and defendants deposed the plaintiff;

    **WHEREAS**, the parties are waiting to receive the transcripts of five of the depositions, and need to obtain from all deponents any corrections they may offer, and a reasonable period of time is needed to accomplish this; and

    **WHEREAS**, the current motion schedule, calls for dispositive motions to be filed on or before January 15, 2010, responses to be filed on or before February 19, 2010, and replies, if any, to be filed on or before March 5, 2010; and a reasonable modification is necessary;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

All dispositive motions are to be filed on or before January 29, 2010, responses to be filed on or before March 5, 2010, and replies, if any, to be filed on or before March 19, 2010.

| | |
|---|---|
| ROBERT N. FELIX, ESQ<br>Law Office of Robert N. Felix<br><br>Attorney for Plaintiff<br>11 Broadway, Suite 715<br>New York, NY 10004<br>(212) 747-1433 | MICHAEL A. CARDOZO,<br>Corporation Counsel of the<br>City of New York<br>Attorneys for Defendants<br>100 Church Street, Rm. 2-314<br>New York, New York 10007<br>(212) 227-3153 |
| By: s/ROBERT N. FELIX<br>    ROBERT N. FELIX (RF 4229) | By: s/LARRY R. MARTINEZ<br>    LARRY R. MARTINEZ (LM 1950)<br>    ASST. CORP. COUNSEL |

Dated: New York, New York
       December 18, 2009

SO ORDERED on this _____ day of _____ 2009

_____
UNITED STATES DISTRICT JUDGE